UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CHRISTOPHER PEGUERO,                          :

             Plaintiff,                 :     ORDER

          -v.-                                      :
                                                                  22 Civ. 3856 (LAK) (GWG)
CITY OF NEW YORK, et al.,                     :

            Defendants.              :
-------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      Plaintiff filed the complaint in this action on May 12, 2022. (Docket #1). While plaintiff filed documents in June 2022 purporting to show service on two of the defendants, see Docket ## 13, 14, in fact neither document shows proper service pursuant to Fed. R. Civ. P. 4(d) or N.Y.C.P.L.R. § 308. In any event, even if service had been proper, plaintiff has taken no action in more than four months to advance this case (and has failed to file any proof of service on the third defendant).

      Given plaintiff's lengthy period of inaction, plaintiff is hereby ordered to show cause why this case should not be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. Such showing shall be made by memorandum of law and affidavit filed on or before November 28, 2022. Plaintiff is warned that failure to comply with this Order may itself result in dismissal of this action.

      SO ORDERED.

Dated: November 14, 2022
       New York, New York

                                                  _____
                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge