UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER PEGUERO,

                Plaintiff,

- against -

CITY OF NEW YORK et al.,

                Defendants.
------------------------------------------------------------X

22 Civ. 3856 (LAK) (GS)

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

        In a memorandum endorsed order dated February 21, 2024 (Dkt. No. 44) (the "Order"), the undersigned granted Defendants' second request for an extension of time to complete discovery, and a new discovery deadline was set for April 19, 2024. However, the Order also stated that the Court would be "disinclined to grant a third request for an extension of time" to complete discovery, and that any request to move for summary judgment shall be made by May 3, 2024. (*Id.*).

        In light of the foregoing, the parties are **ORDERED** to file a joint letter by **May 17, 2024** updating the Court as to the status of this action and proposing next steps in this case.

        **SO ORDERED.**

DATED:    New York, New York
              May 10, 2024

                                                      _____
                                                        GARY STEIN
                                                        United States Magistrate Judge