UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHRISTOPHER PEGUERO,

                Plaintiff,                **22 Civ. 3856 (LAK) (GS)**

    -against-                                  **ORDER**

CITY OF NEW YORK *et al.*,

                Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

        On May 10, 2024, the undersigned issued an Order requiring the parties to file "a joint letter by May 17, 2024 updating the Court as to the status of this action and proposing next steps in this case." (Dkt. No. 45). No letter in response has been filed on the docket. As such, the parties are **ORDERED** to file a joint letter by June 12, 2024 with the same contents required in the May 10, 2024 Order.

        Given the parties' lack of response to the May 10, 2024 Order, any future failure to comply with this Court's orders may eventually result in the dismissal of this action due to plaintiff's failure to prosecute. *See* Fed. R. Civ. P. 41(b).

        **SO ORDERED.**

DATED:    New York, New York
                June 5, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge