UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

PEGUERO,

Plaintiff,

22-CV-3856(LAK)(GS)

v.

CITY OF NEW YORK, et al.,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

By letter dated June 7, 2024 the parties advised the Court that they have reached a settlement. Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before July 8, 2024 if the settlement has not been consummated by then.

SO ORDERED.

Dated:    June __11__, 2024

Lewis A. Kaplan
United States District Judge